PER CURIAM.
Affirmed. Peek v. State, 395 So.2d 492 (Fla.1980); Loftin v. State, 273 So.2d 70 (Fla.1973); Estrada v. State, 400 So.2d 562 (Fla. 3d DCA 1981); Smith v. State, 376 *198 So.2d 455 (Fla. 1st DCA 1979); Houston v. State, 360 So.2d 468 (Fla. 3d DCA 1978); Phillips v. State, 351 So.2d 738 (Fla. 3d DCA 1977); Magna v. State, 350 So.2d 1088 (Fla. 4th DCA 1977); Compare, State v. Green, 395 So.2d 532 (Fla.1981).